[No. 62167-0-I.  Division One.  November 2, 2009.]

PHOENIX DEVELOPMENT, INC., ET AL., *Appellants*, v. THE CITY OF WOODINVILLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-29402-3, Dean Scott Lum, J., entered August 18, 2008. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Ellington, J. Now published at 154 Wn. App. 492.

[No. 62224-2-I.  Division One.  November 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JOHN PITMAN CARTY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 08-1-00088-6, Vickie I. Churchill, J., entered August 13, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 63412-7-I.  Division One.  November 2, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. CHRISTOPHER DANIEL BOWERS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-01623-2, James H. Allendoerfer, J., entered May 21, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Leach, J.

[No. 63835-1-I.  Division One.  November 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE LEE HARKCOM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00224-5, Chris Wickham, J., entered July 10, 2008. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.